UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shirley A. Dover and David O. Hubbard,

Plaintiffs,

vs.

Messerli & Kramer, P.A., a Minnesota Professional Association, Ford Motor Credit Company, a Delaware corporation, and Richfield Bank & Trust Company, a National Bank,

Defendants.

Civil 01-504 (RHK/JMM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 4, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Shirley A. Dover, et al

vs. 01-504JMR/FLN

Messerli & Kramer, et al

The above-entitled matter has been re-assigned to Judge James M. Rosenbaum and referred to Magistrate Judge Franklin L. Noel. Please note the file number above and use this number when submitting future documents to file with the court.