**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Shirley A. Dover, and
David O. Hubbard,

Plaintiffs,

vs.

Messerli & Kramer, P.A.,
a Minnesota Professional Association,
Ford Motor Credit Company,
a Delaware corporation, and
Richfield Bank and Trust Company,
a National Bank,

Defendants.

Case No.: 01-CV-504 (RHK/JMM)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

## STIPULATION

**WHEREAS,** Plaintiff served Defendants Messerli & Kramer, Ford Motor Credit Company, and Richfield Bank and Trust Company, with a Summons and Complaint in this case on or about March 23, 2001; and

**WHEREAS,** Defendants' responsive pleading was due under the Federal Rules of Civil Procedure on or about April 11, 2001; and

**WHEREAS,** Defendants above-named have requested, and Plaintiffs have agreed to an extension of time within which Defendants may respond by motion or answer to Plaintiffs' Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendants above-named shall have until May 7, 2001, by which to move, answer, or otherwise respond to Plaintiffs' Complaint, subject to approval of the District Court.

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: April 27, 2001

Eric L. Crandall, Esq.
Attorney for Plaintiffs
275 South 3rd Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: 5/3/01

Michael A. Klutho, Esq.
Bassford, Lockhart, Truesdell & Briggs
Attorney for Defendant Messerli & Kramer
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000
Minn. Atty. Lic. No. 186302

DATED: May 2, 2001

Thomas L. Nuss, Esq.
Attorney for Defendant Ford Motor Credit Company
Dorsey & Whitney, LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Minn. Atty. Lic. No. ___________

DATED: May 1, 2001

James W. Rude, Esq.
Attorney for Defendant Richfield Bank and Trust Company
601 Second Avenue South
#4200
Minneapolis, MN 55402-4302
Minn. Atty. Lic. No. 94171

**ORDER**

In accordance with the foregoing Stipulation, Defendants shall have until May 7, 2001, by which to move or answer in response to Plaintiffs' Complaint.

**BY THE COURT:**

DATED: MAY 4, 2001

Franklin L. Noel
United States Magistrate Judge